Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

Rose Michaud et al., Appellants, v. Loblaws, Inc., Respondent. (Appeal No. 5.)

Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

Rose Michaud et al., Respondents, v. Loblaws, Inc., Appellant. (Appeal No. 6.)

Present: Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

Marie E. Brown, Respondent-Appellant, v. State of New York, Appellant-Respondent. (Claim No. 41971.) — Judgment